Van Buren Farms, LLC v Hendrix Farms (2025 NY Slip Op 07185)

Van Buren Farms, LLC v Hendrix Farms

2025 NY Slip Op 07185

Decided on December 23, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 23, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., BANNISTER, GREENWOOD, NOWAK, AND HANNAH, JJ.

930 CA 25-00522

[*1]VAN BUREN FARMS, LLC, VERNE VAN BUREN AND WALTER VAN BUREN, PLAINTIFFS-RESPONDENTS,
v
HENDRIX FARMS, ET AL., DEFENDANTS, AND CONKLIN COMPANY, INC., DEFENDANT-APPELLANT. 

PHILLIPS LYTLE LLP, BUFFALO (PRESTON L. ZARLOCK OF COUNSEL), FOR DEFENDANT-APPELLANT. 
WEBSTER SZANYI LLP, BUFFALO (ANDREW O. MILLER OF COUNSEL), FOR PLAINTIFFS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Niagara County (Deborah A. Chimes, J.), entered March 6, 2025. The order denied the motion of defendant Conklin Company, Inc. to dismiss the amended complaint against it. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: December 23, 2025
Ann Dillon Flynn
Clerk of the Court